# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SANDY RILEY, et al., | : | |
| Plaintiffs, | : | Case No. 3:11cv00402 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| PERSELS AND ASSOCIATES, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL: TERMINATION ENTRY

The Court having been advised by counsel that all matters between the Plaintiffs and Defendants have been settled, IT IS ORDERED that the action between these parties is hereby DISMISSED, with prejudice as to these parties, provided that these parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary. IT IS SO ORDERED.

April 26, 2012                                            s/Sharon L. Ovington
                                                                          Sharon L. Ovington
                                                                   United States Magistrate Judge